IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Marcus Ingram, | Civil Action No.: 4:15-cv-3289-BHH |
| Plaintiff, | |
| vs. | **ORDER AND OPINION** |
| ALS LLC, a South Carolina Limited Liability Company, | |
| Defendant. | |

This matter is before the Court upon the parties' joint Stipulation for Dismissal With Prejudice. (ECF No. 22.) The Court has carefully reviewed said Stipulation. After due consideration, it is ORDERED AND ADJUDGED as follows:

A. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendant, be and the same is hereby approved;

B. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

C. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

D. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**IT IS SO ORDERED.**

/s/Bruce Howe Hendricks
United States District Judge

Greenville, South Carolina
July 22, 2016